UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARINA ELAINE CLARK,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>  Defendant. | No. 1:19-cv-01587-GSA<br><br>**ORDER DIRECTING PLAINTIFF TO FILE OPENING BRIEF** |

     Plaintiff Sarina Elaine Clark proceeds with her appeal of the denial of her application for social security disability benefits by Defendant Andrew Saul, Commissioner of Social Security. On March 25, 2020, the Commissioner filed the certified administrative record (CAR) of the agency proceedings. Doc. 10. Pursuant to paragraph 3 of the scheduling order in this case (Doc. 5), within thirty days of the Commissioner's filing of the CAR, Plaintiff was to serve the Commissioner with a confidential letter brief setting forth the reasons that remand was warranted and file proof of such service with the Court. Although more than thirty days have passed since the Commissioner filed the CAR, Plaintiff has not filed proof of service with the Court.

     Accordingly, it is hereby ORDERED that no later than ten days from the date of this order, Plaintiff shall serve a confidential letter brief on the Commissioner, if such service has not already occurred, and shall thereafter file proof of such service with the Court.

.

IT IS SO ORDERED.

   Dated:   **May 11, 2020**               /s/ Gary S. Austin
                                                     UNITED STATES MAGISTRATE JUDGE