# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARINA ELAINE CLARK,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | No. 1:19-cv-01587-GSA<br><br>**ORDER VACATING<br>ORDER TO SHOW CAUSE**<br><br>**Doc. 12** |

On May 28, 2020, the Court issued an order to show cause why the above-captioned case should not be dismissed following Plaintiff's failure to file proof of service of her confidential letter brief in compliance with the provisions of the Scheduling Order (Doc. 5). On May 28, 2020, Plaintiff responded to the order to show cause and filed the requisite proof of service on Defendant on May 11, 2020..

Accordingly, the Order to Show Cause is hereby VACATED.

IT IS SO ORDERED.

    Dated:  **June 1, 2020**                    **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE