JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARINA ELAINE CLARK,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-01587<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from July 15, 2020 to August 14, 2020, for Plaintiff to serve on defendant with Plaintiff's Opening Brief.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant  does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

///

///

                                      Respectfully submitted,

Dated: July 13, 2020         PENA & BROMBERG, ATTORNEYS AT LAW

                                By: */s/ Jonathan Omar Pena*
                                    JONATHAN OMAR PENA
                                    Attorneys for Plaintiff

Dated: July 13, 2020         MCGREGOR W. SCOTT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                                By:  */s/ Wyeth McAdam*
                                    Wyeth McAdam
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant
                                    (*As authorized by email on July 13, 2020)

IT IS SO ORDERED.

    Dated:  **July 13, 2020**               **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE