McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-Mail: Wyeth.McAdam@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| SARINA ELAINE CLARK,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-01587-GSA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Defendant shall have an extension of time of 14 days, up to and including Monday, September 28, 2020, in which to file and serve his response to Plaintiff's opening brief. Plaintiff shall have 15 days, up to and including October 13, 2020 to file and serve her optional reply.

///

///

///

///

Stip. for EOT & Proposed Order ; 1:19-cv-01587-GSA

DATED September 10, 2020          Respectfully submitted,

                                          By:    */s/ Jonathan Pena\**
                                                           Jonathan Pena
                                                           Pena & Bromberg, Attorneys at Law
                                                           (As authorized via email on 9/10/20)

                                                           */s/ S. Wyeth McAdam*
                                                           S. WYETH MCADAM
                                                           Special Assistant United States Attorney

IT IS SO ORDERED.

    Dated:   **September 11, 2020**                    **/s/ Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE